# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:10CR49 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| MAURICE L. WATSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on remand from the Eighth Circuit Court of Appeals with respect to a potential reduction in sentence under 18 U.S.C. § 3582(c)(2). The probation office has prepared a worksheet recommending a reduction.

If counsel have not received the worksheet from the probation office, they should contact U.S. Probation Officer Jim Harms for a copy of the worksheet. On or before August 20, 2012, the parties must file a stipulation or separate statements of position with respect to a reduction in sentence.

IT IS SO ORDERED:

1. The parties must file a stipulation or separate briefs stating their positions on or before August 20, 2012; and

2. This matter will be ripe on August 21, 2012.

DATED this 6th day of August, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge