IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:10CR49 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | USM No: 23406-047 |
| | ) | |
| Maurice L. Watson, | ) |   David R. Stickman |
|     Defendant. | ) | Defendant's Attorney |
| Date of previous judgment: September 10, 2010 | ) | |

**Order Regarding Sentence Reduction Pursuant to Remand/Fair Sentencing Act**

    Upon remand from the Eighth Circuit Court of Appeals (Filing No. 67) for further proceedings consistent with the Supreme Court's opinion and in light of *Dorsey v. United States*, 132 S. Ct. 2321 (2012),

**IT IS ORDERED** that the Defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 60 months is reduced to 30 months, and the previously imposed 4-year period of supervised release is reduced to 3 years. The applicable statute is now 21 U.S.C. § 841(b)(1)(C), and under 18 U.S.C. § 3559(a)(3) the offense is now a Class C felony. The Clerk is directed to deliver a copy of this Order to the U.S. Marshal.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 17 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | 60 to 60 months | Amended Guideline Range: | 30 to 37 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated September 10, 2010, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2012
Effective Date: September 10, 2012

                                                 s/Laurie Smith Camp
                                                 Chief United States District Judge